

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-17-00310-CV

**YATES ENERGY CORPORATION,** EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust, Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellant's first joint unopposed motion to extend time to file motion for rehearing and/or en banc reconsideration is hereby GRANTED. Time is extended to February 1, 2019.

It is so ORDERED on this 7th day of January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court